```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    FORT MYERS DIVISION


UNITED STATES OF AMERICA,

                    Plaintiff,

vs.                                Case No.   2:04-cv-360-FtM-33SPC

CAPITAL CONSTRUCTION; MECHANICAL
ENGINEERING, INC.; GENERAL STAR
INDEMNITY COMPANY; J.W. EDENS &
COMPANY,

                    Defendants.
_____/
```

**ORDER**

This matter comes before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #79), entered on September 20, 2005, regarding Defendant J.W. Edens & Company, Inc.'s Motion to Dismiss First Amended Complaint or Alternatively, Motion to Strike and Motion for More Definite Statement (Doc. # 51). The Report and Recommendation recommends that Defendant's Motion to Dismiss First Amended Complaint should be denied, Defendant's Motion for a More Definite Statement should be granted, and Defendant's Motion to Strike should be denied. Defendant has not filed an objection to the report and recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. §

636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motions.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #79) is **ACCEPTED** and **ADOPTED.**

2. Defendant's Motion to Dismiss First Amended Complaint is **DENIED**.

3.  Defendant's Motion for a More Definite Statement is **GRANTED**.  Plaintiff shall have 20 days from the date of this order to file an Amended Complaint clarifying the issues raised in the

underlying motion.

    4.    Defendant's Motion to Strike is **DENIED**.

    **DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this <u>5th</u> day of October, 2005.

                                            VIRGINIA M. HERNANDEZ COVINGTON
                                                UNITED STATES DISTRICT JUDGE

Copies:    All Counsel of Record