UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                        Case No.   2:04-cv-360-FtM-33SPC

CAPITAL CONSTRUCTION; MECHANICAL
ENGINEERING, INC.; GENERAL STAR
INDEMNITY COMPANY; J.W. EDENS &
COMPANY,

        Defendants.
_____/

**ORDER**

This matter comes before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #78), entered on September 20, 2005, recommending that Defendant General Star Indemnity Company's Motion to Dismiss Amended Complaint (Doc. # 53) should be denied. Defendant has not filed an objection to the report and recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9

(11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #78) is **ACCEPTED** and **ADOPTED.**[1]

2. Defendant General Star Indemnity Company's Motion to Dismiss the Amended Complaint (Doc. # 53) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 5th day of October, 2005.

---

[1] The Report and Recommendation is accepted and adopted except to the extent that it recommends that the Plaintiff be given 20 days from the date of this order to file an Amended Complaint clarifying the issues raised in the underlying motion. The Court declines to adopt this portion of the Report and Recommendation because the relief specified was not pending in the underlying motion; therefore, it is not appropriate for the court to order it here. The Court does note that in a companion order it has adopted another Report and Recommendation in which the remedy requested should address the Magistrate's concern.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record